Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY CAIN | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-634 |
| v. | |
| DENIS RICHARD MCDONOUGH<br>Secretary of Veterans Affairs | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the defendant's motion for summary judgment is Granted.

| | |
|---|---|
| Date: August 9, 2023 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Suzanne<br>     Deputy Clerk |